■  THE PEOPLE OF THE STATE OF NEW YORK v. JAMES R. MACK.— Motion for leave to appeal as a poor person granted to the extent and on the terms

and conditions contained in the order of this court entered herein. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of this appeal. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.